IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

GANG CHEN,

Defendant.

Case No. 21-mj-1011-DLC

## GOVERNMENT'S MOTION TO  UNSEAL COMPLAINT

The United States of America hereby moves this Court to unseal the criminal complaint, supporting affidavit, and arrest warrant in this matter.  In support of this motion, the government states that the defendant was arrested on January 14, 2021, and that there is no longer a reason keep the complaint and other supporting documents under seal.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:     /s/ Jason A. Casey
        Jason A. Casey
        B. Stephanie Siegmann
        Timothy H. Kistner
        Assistant U.S. Attorneys

Date:  January 14, 2021