AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Gang Chen<br><br>*Defendant* | Received by USMS Boston on January 14, 2021 at 6:25am<br>)<br>) Case No. 21-mj-1011-DLC<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gang Chen,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

- Wire Fraud in violation of Title 18, United States Code, Section 1343.
- Failing to File a Report of Foreign Bank and Financial Account (FBAR) with the IRS in violation of Title 31, United States Code, Sections 5314 and 5322.
- Making a materially false, fictitious and fraudulent statement to an agency of the United States Government in violation of Title 18, United States Code, Section 1001(a)(2).

Date: 01/13/2021

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge Donald L. Cabell
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
Date: _____ DEFENDANT ON 1/14/2021

*Arresting officer's signature*

*Printed name and title*