**From:** Gang Chen
**To:** Gang Chen
**Subject:** Mr. Wang, MOST
**Date:** Friday, February 26, 2016 11:10:31 AM
**Attachments:** smime.p7s

1. promote chinese collaboration
2. China places innovation (scientific) as key and core, not fashio, but because we must do it, from historic trend as well from our stage
3. our economy is no.2, but from technology (structure of economy) and human resources, we are far from no.2
4. we are paying big price in environment, not sustainable, as well as from labor cost
5. environment protection and development in same place, environment even higher, clean energy if higher cost, reduce steel, cement.  we must count on technology, cannot grow as past
6. communist 18th convention, scientific innovation placed at core.  we realize not just independent innovation; but also internationalize to plan for and facilitate. closed door innovation does not work; innovation as driving force
7. MOST/goverment 3 focus; a) basic/fundamental and frontier research; b) difficulty and challenging problems from industry/social, to elevate our industry, c) an ecosystem (law, political, service, culture)
8. for applied: applied basic research, technological innovation, translation to commercialization
9. for basic research, flexibility for scientist
10. two improvements: natural science and social science intersection (chinese philosophy), we have too much separation between natural and social; ancient china: those who working idealogical part regarded as role, mechanical lower; 2) for challenging, more valuable topics for research; how to convert impossible into possible; more societal impacts, contribute more for people's well being,

I already learnt at the beginning

our emphasize in policy to combine two factors: how to enterpresizes into major players in innovation, enterprises have more say and more input in scientific innovation; more incentive how to incentivise mobilize people to innovate; we are totally differently from chaplin era

China international collaboration platform, naitonal science and technology cooperation program, welcoming your faculty and students

how to promote MIT China collaboration, Embassador ZHang is here, we should work together.  we do share common grants for manny things; how to organize scattered activities into a framework.  If MIT share same thoughts with me, we can plan seriously

██████████, we can work together

Dr. Gang Chen
Carl Richard Soderberg Professor of Power Engineering
Department Head
Mechanical Engineering Department
Massachusetts Institute of Technology
77 Massachusetts Ave., 3-174

Cambridge, MA 02139
Tel: 617-253-3523

For Assistance, please contact
Keke Xu, Tel: 617-253-2201, kekex@mit.edu

News about MIT MechE
Web site: http://meche.mit.edu
YouTube: http://www.youtube.com/mitmeche
Facebook: http://www.facebook.com/mitmeche
Twitter: http://www.twitter.com/mitmeche

[-- S/MIME Signature, Name: "smime.p7s", Size: 1KB --]