UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GANG CHEN | No. 1:21-cr-10018-PBS |

### DEFENDANT GANG CHEN'S MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(b)(3), Professor Chen respectfully requests leave to file a Reply, not to exceed 5 pages, in support of his Motion for Sanctions. A draft of the Reply is attached as Exhibit A.

        Respectfully submitted,

        GANG CHEN

        By his attorneys,

        /s/ *Brian T. Kelly*
        Brian T. Kelly (BBO No. 549566)
        Robert A. Fisher (BBO No. 652602)
        NIXON PEABODY LLP
        53 State Street
        Boston, MA 02109
        617-345-1000
        bkelly@nixonpeabody.com
        rfisher@nixonpeabody.com

Dated: February 17, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was filed electronically on February 17, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                              */s/ Brian T. Kelly*
                                              Brian T. Kelly