UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GANG CHEN,<br><br>Defendant. | No. 1:21-cr-10018-PBS<br><br>ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER |

The Court has been made aware that this case will involve classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2029 (1980). Pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Court HEREBY APPOINTS Harry J. Rucker III as the Classified Information Security Officer in the above-captioned matter.

The Court FURTHER APPOINTS Daniel O. Hartenstine, Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez-Feo, and Winfield S. Slade as Alternate Court Security Officers in the above-captioned matter.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2021

/s/ Patti B. Saris
_____
Patti B. Saris
United States District Judge