UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 21-10018-PBS |
| GANG CHEN, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that today it filed with the Court, through the Classified Information Security Officer, a pleading entitled "Government's Classified Motion and Memorandum of Law in Support of Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure."

Respectfully Submitted,

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

By: /s/ Jason A. Casey
Jason A. Casey
B. Stephanie Siegmann
ASSISTANT U.S. ATTORNEYS

David Aaron
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
NATIONAL SECURITY DIVISION