# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                                  )
UNITED STATES OF AMERICA    )
                                                  )
     v.                                   )        Criminal No. 21-MJ-1011-DLC
                                                  )
GANG CHEN                     )        **ORAL ARGUMENT REQUESTED**
                                                  )
                                                  )
     Defendant.                  )
_____)

## PROFESSOR GANG CHEN'S MOTION FOR A BILL OF PARTICULARS

Pursuant to Federal Rule of Criminal Procedure 7(f), Professor Chen hereby respectfully moves for an order requiring the government to furnish him a bill of particulars that provides the following information:

1. What other "matters" or "things" the Government intends to prove at trial were material omissions from the grant application in question, Indictment at ¶ 6;

2. What materially false statements the Government believes were included in the application; and

3. For the seven omissions listed in the indictment, identify whether a duty to disclose arose from Appendix 1, Appendix 2, or somewhere else.

For the reasons outlined in Professor Chen's accompanying memorandum of law, such a bill of particulars is consistent with prior precedent and would not prejudice the Government.

2

        Respectfully submitted,

        GANG CHEN

        By his attorneys,

        /s/ *Robert A. Fisher*
        Robert A. Fisher (BBO No. 652602)
        Brian T. Kelly (BBO No. 549566)
        R. Scott Seitz (BBO No. 696658)
        Brianna A. Nassif (BBO No. 698715)

        NIXON PEABODY LLP
        53 State Street
        Boston, MA 02109
        617-345-1000
        bkelly@nixonpeabody.com
        rfisher@nixonpeabody.com
        sseitz@nixonpeabody.com
        bnassif@nixonpeabody.com

Dated: July 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this brief was filed electronically on July 15, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Robert A. Fisher*
Robert A. Fisher

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for the government in an attempt to resolve or narrow the issues raised by this motion and the government refused to provide the requested particulars.

*/s/ Robert A. Fisher*
Robert A. Fisher