UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-cr-10018-PBS |
| ) | |
| GANG CHEN ) | |
| ) | |
| Defendant. ) | |

**PROFESSOR GANG CHEN'S UNOPPOSED MOTION TO MODIFY PRETRIAL CONDITIONS TO ALLOW TRAVEL TO CALIFORNIA**

Professor Gang Chen respectfully requests this Court modify his conditions of pretrial release to allow him to travel to California on December 15 through December 27 to visit family. Professor Chen has alerted U.S. Probation of the travel and will check in with U.S. Probation as prescribed by that office. The Government has informed counsel that they do not object to the travel.

                                                  Respectfully submitted,

                                                  GANG CHEN

                                                  By his attorneys,

                                                  /s/ *Robert A. Fisher*
                                                  Robert A. Fisher (BBO No. 652602)
                                                  Brian T. Kelly (BBO No. 549566)
                                                  R. Scott Seitz (BBO No. 696658)
                                                  Brianna A. Nassif (BBO No. 698715)

                                                  NIXON PEABODY LLP
                                                  53 State Street
                                                  Boston, MA 02109
                                                  617-345-1000
                                                  bkelly@nixonpeabody.com
                                                  rfisher@nixonpeabody.com
                                                  sseitz@nixonpeabody.com
                                                  bnassif@nixonpeabody.com

Dated: December 12, 2021

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

      I hereby certify that I conferred with counsel for the government in an attempt to resolve or narrow the issues raised by this motion and the government has notified me that it does not oppose the motion.

                                              */s/ Robert A. Fisher*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was filed electronically on December 12, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                              */s/ Robert A. Fisher*