UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 21-cr-10018-PBS |
| GANG CHEN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND MOTION DEADLINE**

The parties jointly move to continue the status conference and deadline for the defendant's discovery motions of January 13, 2022 for a period of three weeks until February 3, 2022. As grounds for this continuance, the parties state that they are discussing legal issues pertinent to the case and require additional time. This continuance will not prejudice either party.

The parties further move to exclude the time period of January 13, 2022 to February 3, 2022 from the Speedy Trial Act.

Respectfully submitted,

Rachael Rollins,                                    Gang Chen,
United States Attorney                         Defendant

By:   */s/ B. Stephanie Siegmann*        By:   */s/ Robert A. Fisher*
      B. Stephanie Siegmann                         Robert A. Fisher
      Jason A. Casey                                      Brian T. Kelley
      Timothy H. Kistner                               Counsel for Gang Chen
      Assistant U.S. Attorneys

      David C. Aaron
      Trial Attorney
      U.S. Department of Justice
      National Security Division
      Counterintelligence & Export Control Section

Dated: January 11, 2022