UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) GANG CHEN ) ) ) Defendant. ) ) | Criminal No. 21-CR-10018-PBS |

## ORDER DISCHARGING CORPORATE SURETY BOND

THIS CAUSE came on before the Court upon Defendant Professor Gang Chen's Unopposed Motion to Discharge Corporate Surety Bond, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Defendant's motion is hereby GRANTED. Accordingly, the corporate surety bond posted in the amount of one million ($1,000,000.000) dollars is hereby discharged and the Clerk of Court is directed to release the liens placed on the property used to secure said bond.

DONE and ORDERED in the District of Massachusetts, on this ___19___ day of April 2022.

_____
HON. PATTI B. SARIS
United States District Judge

cc:   Jason Casey, AUSA
      Robert A. Fisher, Esq.